425 A.2d 848

Garrett, Appellant, v. Garrett.

Argued September 10, 1979. Wayne Cromie, for appellant; Robert Schaeffer, for appellee.

Before PRICE, VAN der VOORT and WIEAND, JJ.*

Order affirmed.